## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

JUAN MANUEL BARRETO GINORIO

Debtor(s)

Case No. 23-03681 ESL

Chapter 11

### AMENDMENTS TO SCHEDULES

**TO THE HONORABLE COURT:**

**COMES NOW DEBTOR**, by and through the undersigned attorney respectfully moves this Honorable Court to AMEND SCHEDULES and is support thereof respectfully STATES, ALLEGES AND PRAYS:

1. AMENDED SCHEDULE D and E/F: to mark disputed debts and to add creditor LUMA Energy.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document with the Clerk using CM/ECF system, which will send notification, upon information and belief, of such filing to the following: THE CHAPTER 11 TRUSTEE and THE UNITED STATES TRUSTEE and to all CM/ECF participants. In addition, a copy of this motion was sent via USPS to all creditors and parties in the attached master address list, including creditor:

LUMA ENERGY
PO BOX 363508
SAN JUAN, PR 00936

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 29th day of November 2023.

**THE BATISTA LAW GROUP, PSC**
WILLIAM RIVERA VELEZ, USDC #229408
CAPITAL CENTER I
239 ARTERIAL HOSTOS AVE, SUITE 206
SAN JUAN, PR 00918-1475
Telephone: 787.620.2856
Facsimile: 787.620.2854
E-mail: wrv@batistasanchez.com

**/s/ William Rivera Velez**

**Fill in this information to identify your case:**

Debtor 1     **JUAN**        **MANUEL**       **BARRETO GINORIO**
           First Name         Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name         Middle Name        Last Name

United States Bankruptcy Court for the: District of     Puerto Rico

Case number (if   23-03681-11
known)

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** | **Column C**<br>**Unsecured portion**<br>If any |
| --- | --- | --- | --- | --- |

**2.1**   CONDADO 5 LLC

Creditor's Name

1519 AVE. PONCE DE LEON SUITE 311

Number      Street

San Juan, PR 00908

City      State      ZIP Code

| Describe the property that secures the claim: | $1,600,854.31 | $313,000.00 | $1,287,854.31 |
| --- | --- | --- | --- |

PASEO ESMERALDA CARR 653 KM 2.8 BO HATO ABAJO Arecibo, PR 00612 BO. NARANJITO CARR. 492 KM 0.9 Hatillo, PR 00659

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

Date debt was incurred    1/12/2005

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Mortgage (business deb)

**Last 4 digits of account number** ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,600,854.31 | | |
| --- | --- | --- | --- |

Debtor 1     **JUAN          MANUEL          BARRETO GINORIO**          Case number *(if known)* 23-03681-11
_____
First Name     Middle Name     Last Name

| Part 1: | Additional Page **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.2** CRIM
_____
Creditor's Name

PO Box 195387
_____
Number     Street

_____

San Juan, PR 00919-5387
_____
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another

❏ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

SECTOR LAS CANELAS, CALLE JOSE ROMAN SANT CARR 129 R 653 KM 3.0 Arecibo, PR 00612

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)          PROPERTY TAXES

Last 4 digits of account number    5  9  0  1

| Column A | Column B | Column C |
|---|---|---|
| $1,877.14 | $0.00 | $1,877.14 |

**2.3** CRIM
_____
Creditor's Name

PO Box 195387
_____
Number     Street

_____

San Juan, PR 00919-5387
_____
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another

❏ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

BO. NARANJITO CARR. 492 KM 0.9 Hatillo, PR 00659

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)          PROPERTY TAXES

Last 4 digits of account number    9  0  0  0

| Column A | Column B | Column C |
|---|---|---|
| $4,253.58 | $108,000.00 | $0.00 |

**Add the dollar value of your entries in Column A on this page. Write that number here:**          $6,130.72

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**          _____

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

Debtor 1 **JUAN** **MANUEL** **BARRETO GINORIO** Case number *(if known)* 23-03681-11

    First Name     Middle Name     Last Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | |

**2.4** INTERNAL REVENUE SERVICE

Creditor's Name

PO Box 7346

Number    Street

Philadelphia, PA 19101

City    State    ZIP Code

**Describe the property that secures the claim:**    $13,915.74    $313,000.00    $0.00

BO. NARANJITO CARR. 492 KM 0.9 Hatillo, PR 00659 PASEO ESMERALDA CARR 653 KM 2.8 BO HATO ABAJO Arecibo, PR 00612

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this claim relates to a community debt**

Date debt was incurred   12/7/2017

**Nature of lien.** Check all that apply.

❏ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Federal taxes

Last 4 digits of account number  ___ ___ ___ ___

**2.5** INTERNAL REVENUE SERVICE

Creditor's Name

PO Box 7346

Number    Street

Philadelphia, PA 19101

City    State    ZIP Code

**Describe the property that secures the claim:**    $3,003.39    $313,000.00    $0.00

BO. NARANJITO CARR. 492 KM 0.9 Hatillo, PR 00659 PASEO ESMERALDA CARR 653 KM 2.8 BO HATO ABAJO Arecibo, PR 00612

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

❏ **Check if this claim relates to a community debt**

Date debt was incurred   10/3/2019

**Nature of lien.** Check all that apply.

❏ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Federal taxes

Last 4 digits of account number  ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $16,919.13

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

| Debtor 1 | JUAN | MANUEL | BARRETO GINORIO | Case number *(if known)* 23-03681-11 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | Part 1: | Additional Page **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|---|

| 2.6 | | | |
|---|---|---|---|

**2.6** INTERNAL REVENUE SERVICE
Creditor's Name       Amount of claim: **$9,307.39**    Value of collateral: **$313,000.00**    Unsecured: **$0.00**

PO Box 7346
Number    Street

**Describe the property that secures the claim:**
PASEO ESMERALDA CARR 653 KM 2.8 BO HATO ABAJO Arecibo, PR 00612 BO. NARANJITO CARR. 492 KM 0.9 Hatillo, PR 00659

Philadelphia, PA 19101
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Federal taxes

Date debt was incurred   10/7/2019    Last 4 digits of account number ___ ___ ___ ___

**2.7** INTERNAL REVENUE SERVICE
Creditor's Name       Amount of claim: **$1,402.46**    Value of collateral: **$313,000.00**    Unsecured: **$0.00**

PO Box 7346
Number    Street

**Describe the property that secures the claim:**
PASEO ESMERALDA CARR 653 KM 2.8 BO HATO ABAJO Arecibo, PR 00612 BO. NARANJITO CARR. 492 KM 0.9 Hatillo, PR 00659

Philadelphia, PA 19101
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Federal taxes

Date debt was incurred   12/11/2019    Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$10,709.85**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**    **$1,634,614.01**

Debtor 1    **JUAN**     **MANUEL**     **BARRETO GINORIO**     Case number *(if known)* 23-03681-11

     First Name       Middle Name       Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

1. FERRAIUOLI, LLC
Name

PO Box 195168
Number     Street

San Juan, PR 00919-5168
City     State     ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.1

**Last 4 digits of account number** ___ ___ ___ ___

2. MARIA ELENA HERNANDEZ RUIZ
Name

BO PUEBLO 79 CALLE PETUNIA
Number     Street

Hatillo, PR 00659
City     State     ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.1

**Last 4 digits of account number** ___ ___ ___ ___

3. LAS MARTAS, INC.
Name

HC 05 BOX 91635
Number     Street

Arecibo, PR 00612
City     State     ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.1

**Last 4 digits of account number** ___ ___ ___ ___

4. J.M. DAIRY, INC.
Name

HC 05 BOX 91635 BO. HATO ARRIBA
Number     Street

Arecibo, PR 00612
City     State     ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.1

**Last 4 digits of account number** ___ ___ ___ ___

| Fill in this information to identify your case: | | |
| --- | --- | --- |

| Debtor 1 | JUAN | MANUEL | BARRETO GINORIO |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
| --- | --- | --- | --- |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of _____ Puerto Rico _____

Case number   23-03681-11
(if known)

☑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
| --- | --- |

**1.   Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- | --- |
| **2.1** DEPARTAMENTO DE HACIENDA | Last 4 digits of account number ___ ___ ___ ___ | $3,554.29 | $2,342.49 | $1,211.80 |

Priority Creditor's Name

BANKRUPTCY DEPARTMENT

Po Box 9024140

Number        Street

San Juan, PR 00902-4140

City        State        ZIP Code

**When was the debt incurred?**   2007, 09, 14, 18, 21

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | JUAN | MANUEL | BARRETO GINORIO | Case number *(if known)* 23-03681-11 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** AAA
Nonpriority Creditor's Name

PO Box 70101
Number            Street

San Juan, PR 00936
City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   3  2  2  0

**When was the debt incurred?**   8/2018

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   UTILITY BILL

$5,936.14

**4.2** COOPACA
Nonpriority Creditor's Name

CALL BOX 1056
Number            Street

Arecibo, PR 00613
City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**   2  0  0  0

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   PERSONAL LOAN

$8,907.59

Debtor 1 **JUAN** **MANUEL** **BARRETO GINORIO**  Case number *(if known)* 23-03681-11

First Name       Middle Name       Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.3** LUMA ENERGY

Nonpriority Creditor's Name

PO Box 363508

Number       Street

San Juan, PR 00936

City       State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   2  7  0  2

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Utility bill

$8,174.27

---

**4.4** PR TELEPHONE

Nonpriority Creditor's Name

PO Box 70367

Number       Street

San Juan, PR 00936-8367

City       State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**        12/3/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Utility

$132.00

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 3 of 6

| Debtor 1 | JUAN | MANUEL | BARRETO GINORIO | Case number *(if known)* 23-03681-11 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.5** SEARS/CBNA

Nonpriority Creditor's Name

PO Box 6275

Number          Street

Sioux Falls, SD 57117

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   9   6   7   5

**When was the debt incurred?**          2008

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card

$3,791.00

| Official Form 106E/F | Schedule E/F: Creditors Who Have Unsecured Claims | page 4 of 6 |
|---|---|---|

Debtor 1    JUAN        MANUEL        BARRETO GINORIO        Case number *(if known)* 23-03681-11
            First Name    Middle Name    Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

1. CLARO
   Name

   PO Box 70366
   Number        Street

   San Juan, PR 00936
   City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.4 of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

2. MCM
   Name

   PO Box 603 DEBT 12421
   Number        Street

   Oaks, PA 19456
   City                State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.5 of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1  **JUAN          MANUEL          BARRETO GINORIO**          Case number *(if known)* 23-03681-11

First Name          Middle Name          Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $3,554.29 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $3,554.29 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** | $26,941.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $26,941.00 |

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page _6_ of _6_

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **JUAN** | **MANUEL** | **BARRETO GINORIO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number
(if known)      **23-03681-11**

☑ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                     **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** /s/ JUAN MANUEL BARRETO GINORIO_____

JUAN MANUEL BARRETO GINORIO, Debtor 1

Date _11/29/2023_____
      MM/  DD/  YYYY

AAA
PO Box 70101
San Juan, PR 00936

CLARO
PO Box 70366
San Juan, PR 00936

CONDADO 5 LLC
1519 AVE. PONCE DE LEON SUITE 311
San Juan, PR 00908

COOPACA
CALL BOX 1056
Arecibo, PR 00613

CRIM
PO Box 195387
San Juan, PR 00919-5387

DEPARTAMENTO DE
HACIENDA
BANKRUPTCY DEPARTMENT
Po Box 9024140
San Juan, PR 00902-4140

FERRAIUOLI, LLC
PO Box 195168
San Juan, PR 00919-5168

INTERNAL REVENUE SERVICE
PO Box 7346
Philadelphia, PA 19101

J.M. DAIRY, INC.
HC 05 BOX 91635 BO. HATO ARRIBA
Arecibo, PR 00612


LAS MARTAS, INC.
HC 05 BOX 91635
Arecibo, PR 00612


LUMA ENERGY
PO Box 363508
San Juan, PR 00936


MARIA ELENA HERNANDEZ
BO PUEBLO 79 CALLE PETUNIA
Hatillo, PR 00659


MCM
PO Box 603 DEBT 12421
Oaks, PA 19456


PR TELEPHONE
PO Box 70367
San Juan, PR 00936-8367


SEARS/CBNA
PO Box 6275
Sioux Falls, SD 57117