# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

JUAN MANUEL BARRETO GINORIO                              CASE #23-03681 ESL

                                                         CHAPTER 11

       Debtor (s)
_____/

## AMENDMENTS TO SCHEDULES

       The Debtor, by and through the undersigned counsel, hereby files this Motion to Amend the Voluntary Petition, and in support thereof further states as follows:

       1.      AMENDED SCHEDULES A/B:  to correct information at question #19.

       WHEREFORE, Debtor respectfully requests this Honorable Court to take notice of the amended Schedules.

## CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification, upon information and belief, of such filing to the followings: The United States Trustee and to all the CM/ECF participants of this case.

       **RESPECTFULLY SUBMITTED**

       **IN SAN JUAN, PUERTO RICO**, this 3rd day of January 2024.

                                        **THE BATISTA LAW GROUP, PSC.**
                                        Edif. Capital Center I
                                        239 Ave. Arterial Hostos, Suite 206
                                        San Juan, PR 00918-1475
                                        Phone: (787) 620-2856
                                        Fax: (787) 777-1589

                                        */s/ William Rivera Vélez*
                                        William Rivera Vélez, USDC #229408
                                        Email: wrv@batistasanchez.com

**Fill in this information to identify your case and this filing:**

Debtor 1    **JUAN**      **MANUEL**      **BARRETO GINORIO**
            First Name    Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of    **Puerto Rico**

Case number    **23-03681-11**

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☐ No. Go to Part 2.

    ☑ Yes. Where is the property?

    **What is the property?** Check all that apply.

    1.1   **CARR 653 KM 2.8 BO HATO ABAJO**
    Street address, if available, or other description

    **PASEO ESMERALDA**

    **Arecibo, PR 00612**
    City          State       ZIP Code

    **Arecibo**
    County

    ☑ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.
    ☑ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    | Current value of the entire property? | Current value of the portion you own? |
    |---|---|
    | **$205,000.00** | **$205,000.00** |

    **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

    **Fee Simple**

    ☐ **Check if this is community property** (see instructions)

    **Other information you wish to add about this item, such as local property identification number:**
    **MAIN RESIDENCE. CONSISTS OF 4 BEDROOMS, 5 BATHS, LIVING AND DINING ROOMS, KITCHEN, FAMILY, LAUNDRY, BALCONY, GARAGE, TERRACE AND STORAGE.**

    If you own or have more than one, list here:

Debtor  **BARRETO GINORIO, JUAN MANUEL**                                    Case number *(if known)* **23-03681-11**

---

**1.2**  **BO. NARANJITO CARR. 492 KM 0.9**

Street address, if available, or other description

**Hatillo, PR 00659**
City         State     ZIP Code

**Hatillo**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $108,000.00 | $108,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**
**27.28 CDAS. AT BO. NARANJITO CONSISTING OF A DAIRY FARM AND WAREHOUSE.**

**2.**  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ......................................................................... → | **$313,000.00** |

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

**3.1**
Make: **NISSAN**
Model: **FRONTIER**
Year: **2005**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,300.00 | $6,300.00 |

If you own or have more than one, describe here:

**3.2**
Make: **SEA DOO**
Model:
Year: **2003**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

---

Debtor **BARRETO GINORIO, JUAN MANUEL**     Case number *(if known)* **23-03681-11**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No

    ☐ Yes

    4.1   Make: _____

        Model: _____

        Year: _____

        Other information:

    **Who has an interest in the property?** Check one.

    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    ☐ **Check if this is community property** (see instructions)

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    | Current value of the entire property? | Current value of the portion you own? |
    |---|---|
    | _____ | _____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...............................................➡    **$6,300.00**

---

### Part 3:   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No

    ☑ Yes. Describe. .........  LIVING AND DINING ROOM SETS, BEDROOM SETS, STOVE, REFRIGERATOR, MICROWAVE, KITCHENWARE, WASHER AND DRYER MACHINES.     **$7,000.00**

7. **Electronics**

    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No

    ☑ Yes. Describe. .........  TV'S, RADIO, PERSONAL COMPUTER     **$3,000.00**

8. **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No

    ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No

    ☐ Yes. Describe. .........

---

Debtor **BARRETO GINORIO, JUAN MANUEL**   Case number *(if known)* **23-03681-11**

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........   CLOTHES, SHOES AND ACCESORIES   $800.00

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........   WRIST WATCHES, CHAINS, BRACELETS, RINGS   $500.00

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................................................   →   $11,300.00

## Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No

    ☐ Yes ...................................................................................................................................................   Cash: ..................

17. **Deposits of money**

    *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ☑ Yes ...................   Institution name:

    17.1. Checking account:   **FIRST BANK, checking acct. x9148**   $0.00

Debtor **BARRETO GINORIO, JUAN MANUEL**                                    Case number *(if known)* **23-03681-11**

---

18.  **Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .................... Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **JM DAIRY** | **100.00%** | **$158,686.00** |
| **LAS MARTAS, INC. (under review / pending appeal)** | **100.00%** | **$0.00** |

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them.................... Issuer name:

21.  **Retirement or pension accounts**

*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.  Type of account:       Institution name:

401(k) or similar plan:

Pension plan:

IRA:

Retirement account:

Keogh:

Additional account:

Additional account:

---

Official Form 106A/B                          **Schedule A/B: Property**                          page **5**

Debtor **BARRETO GINORIO, JUAN MANUEL**                              Case number *(if known)* **23-03681-11**

---

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes ..................... Institution name or individual:

    Electric: _____ _____

    Gas: _____ _____

    Heating oil: _____ _____

    Security deposit on rental unit: _____ _____

    Prepaid rent: _____ _____

    Telephone: _____ _____

    Water: _____ _____

    Rented furniture: _____ _____

    Other: _____ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ..................... Issuer name and description:

    _____ _____

    _____ _____

    _____ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____ _____

    _____ _____

    _____ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific information about them. ... _____ _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific information about them. ... _____ _____

---

Debtor **BARRETO GINORIO, JUAN MANUEL**                    Case number *(if known)* **23-03681-11**

---

27.  **Licenses, franchises, and other general intangibles**

   *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☑ No

   ☐ Yes. Give specific information about them. ...

---

**Money or property owed to you?**                                    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28.  **Tax refunds owed to you**

   ☑ No

   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

   Federal: _____

   State: _____

   Local: _____

29.  **Family support**

   *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ☑ No

   ☐ Yes. Give specific information. ........

   Alimony: _____

   Maintenance: _____

   Support: _____

   Divorce settlement: _____

   Property settlement: _____

30.  **Other amounts someone owes you**

   *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

   ☑ No

   ☐ Yes. Give specific information. ........

31.  **Interests in insurance policies**

   *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☑ No

   ☐ Yes. Name the insurance company of each policy and list its value. ...

   Company name: _____  Beneficiary: _____  Surrender or refund value: _____

   _____  _____  _____

   _____  _____  _____

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **7**

Debtor **BARRETO GINORIO, JUAN MANUEL**                                   Case number *(if known)* **23-03681-11**

---

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...........................................................................................................................   ➡   **$158,686.00**

---

### Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **8**

Debtor __BARRETO GINORIO, JUAN MANUEL__      Case number *(if known)* __23-03681-11__

---

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........

    _____

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    | Name of entity: | % of ownership: |
    |---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

         ☐ No

         ☐ Yes. Describe. .........

    _____

44. **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
    information .........

    _____

    _____

    _____

    _____

    _____

    _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........................................................................................................... ➜ | $0.00 |

---

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

---

Debtor **BARRETO GINORIO, JUAN MANUEL**                                    Case number *(if known)* **23-03681-11**

---

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes ......................... _____

48. **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific information. ............ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ☐ Yes ......................... _____

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ☐ Yes ......................... _____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ............ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..................................................................................➡    **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific information. ............ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................................➡    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ..............................................................................➡    **$313,000.00**

56. **Part 2: Total vehicles, line 5**                                    **$6,300.00**

57. **Part 3: Total personal and household items, line 15**             **$11,300.00**

58. **Part 4: Total financial assets, line 36**                        **$158,686.00**

---

Official Form 106A/B                          **Schedule A/B: Property**                          page **10**

Debtor   **BARRETO GINORIO, JUAN MANUEL**                                    Case number *(if known)* **23-03681-11**

| | | | | |
|---|---|---|---|---|
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | **+** $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61. .............. | $176,286.00 | Copy personal property total ➡ | **+** $176,286.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................................................................... | | | $489,286.00 |

Fill in this information to identify your case:

Debtor 1        **JUAN**          **MANUEL**        **BARRETO GINORIO**
                First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name      Last Name

United States Bankruptcy Court for the:        **District of Puerto Rico**

Case number          **23-03681-11**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                    **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** /s/ JUAN MANUEL BARRETO GINORIO

JUAN MANUEL BARRETO GINORIO, Debtor 1

Date 01/03/2024
        MM/  DD/  YYYY