## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

JUAN MANUEL BARRETO GINORIO

Debtor(s)

Case No. 23-03681-ESL
Chapter 11

## AMENDMENT TO SCHEDULES

**TO THE HONORABLE COURT:**

**COMES NOW DEBTOR**, by and through the undersigned attorney respectfully moves this

Honorable Court to AMEND SCHEDULE and is support thereof respectfully STATES, ALLEGES

AND PRAYS

1. **SCHEDULE A/B: TO INCLUDE INFORMATION ON LINE #38.**

2. **SCHEDULE C: TO MODIFY EXEMPTIONS.**

**CERTIFICATE OF SERVICE, I HEREBY CERTIFY** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification, upon information and belief, of such filing to the followings: The United States Trustee and to all the CM/ECF participants of this case.

**RESPECTFULLY SUBMITTED**.
In San Juan, Puerto Rico this 16th day of January 2024.

**THE BATISTA LAW GROUP, PSC.**
PO Box 191059
San Juan, PR. 00919
Tele: (787) 620-2856
Fax: (787) 777-1589

/s/ William Rivera Vélez
William Rivera Vélez, USDC # 229408
E-mail: wrv@batistasanchez.com

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **JUAN** | **MANUEL** | **BARRETO GINORIO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Puerto Rico**

Case number **23-03681-11**

☑ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property
12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1 **CARR 653 KM 2.8 BO HATO ABAJO**

Street address, if available, or other description

**PASEO ESMERALDA**

**Arecibo, PR 00612**

City     State     ZIP Code

**Arecibo**

County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
**MAIN RESIDENCE. CONSISTS OF 4 BEDROOMS, 5 BATHS, LIVING AND DINING ROOMS, KITCHEN, FAMILY, LAUNDRY, BALCONY, GARAGE, TERRACE AND STORAGE.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$205,000.00** | **$205,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property**
(see instructions)

If you own or have more than one, list here:

Debtor **BARRETO GINORIO, JUAN MANUEL**                    Case number *(if known)* **23-03681-11**

---

1.2   **BO. NARANJITO CARR. 492 KM 0.9**
Street address, if available, or other description

**Hatillo, PR 00659**
City        State        ZIP Code

**Hatillo**
County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
**27.28 CDAS. AT BO. NARANJITO CONSISTING OF A DAIRY FARM AND WAREHOUSE.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $108,000.00 | $108,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property** (see instructions)

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..................................................................... ➔   | $313,000.00 |

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

3.1   Make:   **NISSAN**
Model:   **FRONTIER**
Year:   **2005**
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,300.00 | $6,300.00 |

If you own or have more than one, describe here:

3.2   Make:   **SEA DOO**
Model:   _____
Year:   **2003**
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $500.00 | $500.00 |

---

Debtor __BARRETO GINORIO, JUAN MANUEL_____    Case number *(if known)* __23-03681-11__

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No

    ❑ Yes

    4.1  Make: _____    **Who has an interest in the property?** Check one.

    Model: _____

    Year: _____

    Other information:

    [ ]

    ❑ Debtor 1 only
    ❑ Debtor 2 only
    ❑ Debtor 1 and Debtor 2 only
    ❑ At least one of the debtors and another

    ❑ **Check if this is community property** (see instructions)

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    **Current value of the entire property?**    **Current value of the portion you own?**

    _____    _____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........................................................ ➡    **$6,800.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**

    *Examples:*  Major appliances, furniture, linens, china, kitchenware

    ❑ No

    ☑ Yes. Describe. .........  | LIVING AND DINING ROOM SETS, BEDROOM SETS, STOVE, REFRIGERATOR, MICROWAVE, KITCHENWARE, WASHER AND DRYER MACHINES. |    **$7,000.00**

7.  **Electronics**

    *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

    ❑ No

    ☑ Yes. Describe. .........  | TV'S, RADIO, PERSONAL COMPUTER |    **$3,000.00**

8.  **Collectibles of value**

    *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No

    ❑ Yes. Describe. .........

9.  **Equipment for sports and hobbies**

    *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No

    ❑ Yes. Describe. .........

---

Debtor __BARRETO GINORIO, JUAN MANUEL__   Case number *(if known)* __23-03681-11__

---

10. **Firearms**

   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No

   ☐ Yes. Describe. .........

11. **Clothes**

   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No

   ☑ Yes. Describe. .........   | CLOTHES, SHOES AND ACCESORIES |   **$800.00**

12. **Jewelry**

   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No

   ☑ Yes. Describe. .........   | WRIST WATCHES, CHAINS, BRACELETS, RINGS |   **$500.00**

13. **Non-farm animals**

   *Examples:* Dogs, cats, birds, horses

   ☑ No

   ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No

   ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................... ➡   **$11,300.00**

## Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No

   ☐ Yes ....................................................................................................................................... Cash: ...................

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No

   ☑ Yes ....................           Institution name:

   17.1. Checking account:   **FIRST BANK, checking acct. x9148**   **$0.00**

---

Debtor **BARRETO GINORIO, JUAN MANUEL**  Case number *(if known)* **23-03681-11**

---

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No

    ☐ Yes .................... Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them....................

    | Name of entity: | % of ownership: | |
    | --- | --- | --- |
    | **JM DAIRY** | **100.00%** | **$0.00** |
    | **LAS MARTAS, INC. (under review / pending appeal)** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them.................... Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each account separately.

    | Type of account: | Institution name: | |
    | --- | --- | --- |
    | 401(k) or similar plan: | | |
    | Pension plan: | | |
    | IRA: | | |
    | Retirement account: | | |
    | Keogh: | | |
    | Additional account: | | |
    | Additional account: | | |

Debtor  **BARRETO GINORIO, JUAN MANUEL**                              Case number *(if known)* **23-03681-11**

---

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes ......................        Institution name or individual:

    | | |
    |---|---|
    | Electric: | _____ |
    | Gas: | _____ |
    | Heating oil: | _____ |
    | Security deposit on rental unit: | _____ |
    | Prepaid rent: | _____ |
    | Telephone: | _____ |
    | Water: | _____ |
    | Rented furniture: | _____ |
    | Other: | _____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes .....................        Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes .....................        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific information about them. ...

---

Official Form 106A/B                              **Schedule A/B: Property**                              page **6**

Debtor **BARRETO GINORIO, JUAN MANUEL**     Case number *(if known)* **23-03681-11**

---

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them. ...

---

| Money or property owed to you? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

Federal: _____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

_____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

Debtor **BARRETO GINORIO, JUAN MANUEL**                                    Case number *(if known)* **23-03681-11**

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................................................................................... ➡

|  |
|---|
| **$0.00** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No

☑ Yes. Describe. .........    Account Receivables Las Martas Inc. (Face Amount $110,000)     **$20,000.00**

39. **Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

Official Form 106A/B                    **Schedule A/B: Property**                    page **8**

Debtor **BARRETO GINORIO, JUAN MANUEL**                    Case number *(if known)* **23-03681-11**

---

41. **Inventory**

☑ No

☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

    ☐ No

    ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................................................... ➔       **$20,000.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

Debtor **BARRETO GINORIO, JUAN MANUEL**　　　　Case number *(if known)* __23-03681-11__

---

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes ......................... 　　　　　　　　　　　　　　　　　_____

48. **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific information. ............ 　　　　　　　　_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    ☑ No

    ☐ Yes ......................... 　　　　　　　　　　　　　　　　　_____

50. **Farm and fishing supplies, chemicals, and feed**

    ☑ No

    ☐ Yes ......................... 　　　　　　　　　　　　　　　　　_____

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ............ 　　　　　　　　_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................................➔ | **$0.00**

---

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific information. ............ 　　　　　　　　_____
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................➔ | **$0.00**

---

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...............................................................................................➔ | **$313,000.00**

56. **Part 2: Total vehicles, line 5** 　　　　　　　　**$6,800.00**

57. **Part 3: Total personal and household items, line 15** 　　　**$11,300.00**

58. **Part 4: Total financial assets, line 36** 　　　　　　**$0.00**

---

Official Form 106A/B　　　　**Schedule A/B: Property**　　　　page **10**

Debtor  **BARRETO GINORIO, JUAN MANUEL**                                    Case number *(if known)* **23-03681-11**

| | | | | | |
|---|---|---|---|---|---|
| 59. | **Part 5: Total business-related property, line 45** | | $20,000.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | **+** | $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | | $38,100.00 | Copy personal property total ➜ | **+**  $38,100.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................ | | | | $351,100.00 |

Official Form 106A/B                                    **Schedule A/B: Property**                                    page **11**

Fill in this information to identify your case:

Debtor 1    **JUAN**        **MANUEL**        **BARRETO GINORIO**
            First Name      Middle Name       Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **District of Puerto Rico**

Case number    **23-03681-11**
(if known)

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt    **04/22**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).**

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:  2005 NISSAN FRONTIER  Line from *Schedule A/B:* 3.1 | $6,300.00 | ☑ $4,450.00  ☐ 100% of fair market value, up to any applicable statutory limit  ☑ $1,850.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2)  11 U.S.C. § 522(d)(5) |
| Brief description:  2003 SEA DOO  Line from *Schedule A/B:* 3.2 | $500.00 | ☑ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Official Form 106C    **Schedule C: The Property You Claim as Exempt**    page 1 of 3

| Debtor 1 | **JUAN** | **MANUEL** | **BARRETO GINORIO** | Case number *(if known)* 23-03681-11 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Additional Page

3.   **Are you claiming a homestead exemption of more than $189,050?**

(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

❏ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ❏ No

   ❏ Yes

Debtor 1    **JUAN**     **MANUEL**     **BARRETO GINORIO**      Case number *(if known)* 23-03681-11

First Name      Middle Name      Last Name

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>LIVING AND DINING ROOM SETS, BEDROOM SETS, STOVE, REFRIGERATOR, MICROWAVE, KITCHENWARE, WASHER AND DRYER MACHINES.<br><br>Line from *Schedule A/B:* 6 | $7,000.00 | ☑ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>TV'S, RADIO, PERSONAL COMPUTER<br><br>Line from *Schedule A/B:* 7 | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>CLOTHES, SHOES AND ACCESORIES<br><br>Line from *Schedule A/B:* 11 | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>WRIST WATCHES, CHAINS, BRACELETS, RINGS<br><br>Line from *Schedule A/B:* 12 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>Account Receivables Las Martas Inc. (Face Amount $110,000)<br><br>Line from *Schedule A/B:* 38 | $20,000.00 | ☑ $13,075.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Official Form 106C      **Schedule C: The Property You Claim as Exempt**      page 3 of 3

Fill in this information to identify your case:

Debtor 1      __JUAN__      __MANUEL__      __BARRETO GINORIO__
                 First Name        Middle Name      Last Name

Debtor 2
(Spouse, if filing)     First Name        Middle Name      Last Name

United States Bankruptcy Court for the:      __District of Puerto Rico__

Case number      __23-03681-11__
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules     **12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ . Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X   /s/ JUAN MANUEL BARRETO GINORIO_____
JUAN MANUEL BARRETO GINORIO, Debtor 1

Date __01/16/2024_____
     MM/  DD/  YYYY