IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**IN RE:**

**JUAN MANUEL BARRETO GINORIO**
SSN / ITIN: xxx-xx-4619
Debtor

**Case No.  23-03681 ESL**

Chapter 11

**MOTION TO ALLOW LATE FILED CLAIM TO BE TREATED AS TIMELY FILED**

TO THE HONORABLE COURT:

**COMES NOW** creditor **COOPERATIVA DE A/C ARECIBO** ("**COOPACA**") through

its legal representation who respectfully prays:

1. On November 8th, 2023, debtor Juan Manuel Barreto Ginorio filed a voluntary

petition for relief under Chapter 13 of the Bankruptcy Code.

2. Pursuant to Official Form 309E2 Notice of Chapter 11 Bankruptcy Case, the

Court set 1/18/24 (the "Claims Bar Date") as the last day to file Proof of Claim.  (Docket

Entry #6)

3. On November 15th, 2023, debtor filed the Schedule E/F, in which included

Coopaca, but there is no notification or service pursuant to the Local Bankruptcy Rule

1009-1(c)(2).  (Docket Entry #18)

4.  Coopaca did not receive the filing notification of the filing of the instant

bankruptcy case. We have reviewed the debtor's docket entries #1, #5, #11, #20, and

there is no evidence of notification to Coopaca, leaving creditor without the right to file a

Proof of Claim for that debt before the bar date, due to debtor omission.

5.  Creditor Coopaca has filed the Proof of Claim #4 on today's date, after the bar

date to file a claim.

*JUAN MANUEL BARRETO GINORIO*
*CASE NO. 23-03681 ESL-11*
*MOTION TO ALLOW LATE FILED CLAIM TO BE TREATED AS TIMELY FILED*
*P a g e | 2*

6. Based upon the foregoing, creditor proof of claim should be deemed timely filed.

**WHEREFORE**, creditor seek the entry of an order granting the present motion, allow creditor claim as timely filed, and granting any other further relief this Honorable Court deems just and equitable.

### NOTICE TO ALL PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification – and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail – any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no opposition or other response is timely filed within the time allowed herein, the paper will be deemed unopposed, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; (3) in the opinion of the Court, the interest of justice otherwise requires.

**CERTIFICATE OF SERVICE: I HEREBY CERTIFY** that on this same date, I electronically filed the present motion with the Clerk of the Court using CM/ECF System which will send notification to: Ms. Monsita Lecaroz Arribas, Esq., ustpregion21.hr.ecf@usdoj.gov; debtor's counsel Mr. Jesus Enrique Batista Sanchez, Esq., jeb@batistasanchez.com; Trustee Mr. Roberto Santos Ramos, Esq., subvtrustee@santoslawpr.com; rsantos@ecf.axosfs.com; and to all registered parties; and **I FURTHER CERTIFY** that I have mailed by U.S. Postal Service copy of the present motion

*JUAN MANUEL BARRETO GINORIO*
*CASE NO. 23-03681 ESL-11*
*MOTION TO ALLOW LATE FILED CLAIM TO BE TREATED AS TIMELY FILED*
*P a g e | 3*

to all non CM/ECF participants as per master address list attached, including debtor Juan

Manuel Barreto Ginorio HC 05 Box 91635, Arecibo, Puerto Rico 00612.

**RESPECTFULLY SUBMITTED.**

In Humacao, Puerto Rico this 9th day of February 2024.

SANTOS BERRIOS LAW OFFICES LLC
PO BOX 9102
HUMACAO PR 00792-9102
TEL (787)285-1001, (787)285-8358
EMAIL:  santosberriosbk@gmail.com

/s/JUAN A SANTOS BERRIOS
   USDC-PR #212506

Label Matrix for local noticing
0104-3
Case 23-03681-ESL11
District of Puerto Rico
Old San Juan
Thu Feb  8 19:07:11 AST 2024

(p)PUERTO RICO DEPARTMENT OF JUSTICE
APARTADO 9020192
SAN JUAN PR 00902-0192

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AAA
PO BOX 70101
SAN JUAN, PR 00936-8101

CLARO
PO Box 70366
San Juan, PR 00936-8366

CONDADO 5 LLC
PO BOX 190085
SAN JUAN, PR 00919-0085

COOPACA
CALL BOX 1056
ARECIBO, PR 00613-1056

CRIM
PO Box 195387
San Juan, PR 00919-5387

DEPARTAMENTO DE HACIENDA
BANKRUPTCY DEPARTMENT
Po Box 9024140
San Juan, PR 00902-4140

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
P.O. BOX 9024140
SAN JUAN, PR 00902-4140

FERRAIUOLI, LLC
PO Box 195168
San Juan, PR 00919-5168

INTERNAL REVENUE SERVICE
PO Box 7346
Philadelphia, PA 19101-7346

J.M. DAIRY, INC.
HC 05 BOX 91635 BO. HATO ARRIBA
Arecibo, PR 00612-9517

LAS MARTAS, INC.
HC 05 BOX 91635
Arecibo, PR 00612-9517

(p)LUMA ENERGY
REVENUE PROTECTION
PO BOX 364267
SAN JUAN PR 00936-4267

MARIA ELENA HERNANDEZ
BO PUEBLO 79 CALLE PETUNIA
Hatillo, PR 00659-2429

PR TELEPHONE
PO Box 70367
San Juan, PR 00936-8367

SEARS/CBNA
PO BOX 6275
SIOUX FALLS, SD 57117-6275

JESUS ENRIQUE BATISTA SANCHEZ
The Batista Law Group, Psc
Capital Center I
239 Ave Arterial DE Hostos
Suite 206
San Juan, PR 00918-1475

JUAN MANUEL BARRETO GINORIO
HC 05 BOX 91635
ARECIBO, PR 00612-9517

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO SANTOS RAMOS
LCDO. ROBERTO SANTOS RAMOS OFFICE
1225 PONCE DE LEON AVE SUITE 904
SAN JUAN, PR 00907-3915

WILLIAM RIVERA VELEZ
PO BOX 191059
SAN JUAN, PR 00919-1059

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

TREASURY DEPARTMENT OF THE COMMONWEALTH OF P
DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902

LUMA ENERGY
PO Box 363508
San Juan, PR 00936

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CONDADO 5 LLC                         (u)US TRUSTEE                         End of Label Matrix
                                                                              Mailable recipients    22
                                                                              Bypassed recipients     2
                                                                              Total                  24