# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**JUAN MANUEL BARRETO-GINORIO,**

    **Appellant,**

    **v.**

**CONDADO 5, LLC,**

    **Appellee.**

**Civil No. 24-1148 (ADC)**

## ORDER

The Court **Grants in Part and Denies in Part** this appeal. The case is remanded to the Bankruptcy Court for further development of the record on "bad faith" as a ground for dismissal.[1]

**SO ORDERED**.

At San Juan, Puerto Rico, on this 31st day of March, 2025.

                **S/AIDA M. DELGADO-COLON**
                **United States District Judge**

---

[1] The case is to be closed for statistical purposes. An Opinion and Order setting forth the grounds for remanding this case will follow. Judgment will then be entered accordingly.