IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JUAN MANUEL BARRETO GINORIO<br><br><br>xx-xx-4619<br><br><br>Debtor | CASE NO. 23-03681-ESL11<br>Chapter 11<br><br><br><br><br><br>FILED & ENTERED ON OCT/28/2025 |

### AMENDED ORDER AND NOTICE SETTING HEARING

On October 24, 2025 Condado 5, LLC filed a Motion to Dismiss or Convert Under 11 USC §1112(b) (docket #135).

1. The debtor(s) shall file an opposition within fourteen (14) days from the filing date of the motion to dismiss or convert.

2. Upon the debtor(s) failure to timely oppose, an order may be entered dismissing or converting the case without further notice or hearing.

3. If a timely opposition is filed, a hearing will be held on November 17, 2025 at 2:00 PM before the undersigned, at the U.S. Bankruptcy Court, José V. Toledo Post Office & Courthouse Bldg., Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico.

4. The parties will meet and will file a report three (3) days prior to the hearing, which will contain:

a) Proposed findings of fact and conclusions of law. Each proposed finding of fact shall refer to a document or a witness.

b) Statement of uncontested facts.

c) Copy of exhibits and/or identification duly marked; in the sequence proposed to be offered.

1     d) List of witnesses (qualifications of expert witnesses must be
2 attached); Objection to admissibility of physical evidence will be stated in
3 writing, together with support authority for the objection.
4     IT IS FURTHER ORDERED that failure to comply with this order may result
5 in the imposition of sanctions, including the dismissal of the case, the payment
6 of costs, attorney's fees, and monetary fines imposed on the attorney and/or
7 client who violates this order by not producing the required report in a timely
8 basis.
9     IT IS SO ORDERED.
10     In San Juan, Puerto Rico, this 28 day of October, 2025.

*Enrique S. Lamoutte*
United States Bankruptcy Judge