**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. 23-03681 (ESL) |
| JUAN MANUEL BARRETO GINORIO | CHAPTER 11 |
| Debtor. | SUBCHAPTER V |

**URGENT MOTION FOR ENTRY OF ORDER
PURSUANT TO SECTION 1112(b)(3) OF THE BANKRUPTCY CODE**

TO THE HONORABLE COURT:

COMES NOW Condado 5, LLC ("Condado"), through the undersigned counsel, and respectfully states and prays as follows:

1.     On November 8, 2023, the Debtor filed the instant third bankruptcy petition (ECF No. 1).

2.     On October 24, 2025, Condado filed *Motion to Dismiss Pursuant to Section 1112(b) of the Bankruptcy Code* (the "*Motion to Dismiss*", ECF No. 135).

3.     On October 28, 2025, the Court scheduled a hearing to consider the *Motion to Dismiss* for November 17, 2025 (ECF No. 138).

4.     On November 7, 2025, the Debtor filed an *Opposition to Motion to Dismiss* (ECF No. 143).

5.     On November 14, 2025, the Debtor and Condado filed the *Joint Pretrial Report* (ECF No. 147).

6.     On November 17, 2025, the Court held the hearing as scheduled and took the matter under advisement.  See *Minutes of Hearing,* ECF No. 149.

7.     Section 1112(b)(3) of the Bankruptcy Code mandates as follows:

> The court **shall** commence the hearing on a motion under this subsection not later than 30 days after filing of the motion, and **shall** decide the motion not later than 15 days after commencement of such hearing, unless the movant expressly consents to a continuance for a specific period of time or compelling circumstances prevent the court from meeting the time limits established by this paragraph.

11 U.S.C. § 1112(b)(1) (boldface and underline added).  The 15-day period provided lapsed on December 2, 2025.  Condado has not consented to a continuance and there are no compelling circumstances to extend its resolution.

8. "[T]he term 'shall' may [not] be construed as merely permissive or directory (as equivalent to 'may')". In re Sanchez, 429 B.R. 393, 398-399 (Bankr. D.P.R. 2010). The inclusion of the word "shall" denotes its mandatory nature. "Shall" was substituted by the prior word "may" in the prior statute with the BAPCPA amendments. See In re De Jesus, 2012 Bankr. LEXIS 307, at *33 (Bankr. D.P.R. 2012) ("Prior to its [BAPCPA] amendment, the statute provided that a court 'may' dismiss the case upon finding cause, but amended section 1112(b) [now] provides that a court 'shall' dismiss if cause is found, absent unusual circumstances"); AmeriCERT. Inc. v. Straight Through Processing, Inc. (In re AmeriCERT. Inc.), 360 B.R. 398, 401 (Bankr. D.N.H. 2007) (same).

9. Condado hereby moves under its statutory rights under § 1112(b)(3).

WHEREFORE, Condado respectfully requests the Court enter an order disposing of the *Motion to Dismiss* (ECF No. 135) pursuant to Section 1112(b)(3) of the Bankruptcy Court, find that there is cause to dismiss and no unusual circumstances, dismiss the instant case for cause under Section 1112(b) of the Bankruptcy Code and grant any further relief that is fair and equitable.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3rd day of December 2025.

<u>Compliance with PR LBR 9013-1(a): Urgent Motions</u>

Condado certifies that it has carefully examined the matter and concluded that there is a true need for an urgent remedy; (b) it has not created the urgency through any lack of due diligence; and (c) it has made a bona fide effort to resolve the matter without a hearing.

<u>Certificate of Service</u>

We hereby certify on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case including the Debtor's counsel, the Subchapter V Trustee, the U.S. Trustee for Region 21, and all parties that requested notice.

*[Space intentionally left blank. Signature page to follow.]*

# Ferraiuoli LLC

Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue
6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Phone: 787.766.7000
Fax: 787.766.7001


  /s/ Gustavo A. Chico-Barris
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com


 /s/ Tomás F. Blanco-Pérez
TOMÁS F. BLANCO-PÉREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com