IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JUAN MANUEL BARRETO GINORIO<br><br>Debtor. | CASE NO. 23-03681 (ESL)<br><br>CHAPTER 11 |

**JOINT MOTION FOR ORDER OF SALE OF PROPERTY, PURSUANT TO SECTIONS 363 AND 1146 OF THE BANKRUPTCY CODE, FREE AND CLEAR OF ALL LIENS, CLAIMS, INTEREST AND ENCUMBRANCES**

TO THE HONORABLE COURT:

COME NOW the captioned Debtor and secured creditor Condado 4, LLC (Condado) (jointly the "Parties"), and respectfully state and pray as follows:

1. On November 8, 2023, the Debtor filed the instant bankruptcy petition (ECF No. 1).

2. On January 16, 2024, the Debtor listed in Amended Schedule A/B a residential property located at Lot 18, Int. PR 653, KM 2.9, Paseo Esmeralda Development, Hato Abajo Ward, Arecibo, Puerto Rico 00612 (the "Residential Property", ECF No. 61, p. 2, § 1.1. It is registered at the PR Property Registry, Section I of Arecibo, page 70, volume 1240, Lot No. 47349, and bears a CRIM Cadaster Number 029-029-903-19.

3. On December 18, 2025, Condado and the Debtor (the "Parties") filed a *Stipulation for the Treatment of Condado's Claim Under the Plans of Reorganization* (the "Stipulation", ECF No. 164), which was approved by the Court on December 19, 2025 (ECF No. 169).

4. Pursuant to ¶ 29(d) of the *Stipulation*, the Parties agreed, *inter alia,* that Condado and the Debtor shall have the immediate right to market the Residential Property free and clear of all liens, interests, and encumbrances pursuant to 11 U.S.C. § 363. The *Stipulation* further provides that once there is a potential buyer for the Residential Property and Condado approves its sale and any carveouts arising therefrom for a net amount no less than $175,000.00, the

Parties shall file a joint motion to sell pursuant to 11 U.S.C. § 363 with a shortened 7-day objection notice (ECF No. 164, pp. 7-8, ¶ 29(d)).

5.  The Debtor has found a potential buyer for the Residential Property. To that end, on December 23, 2025, the Debtor and the prospective buyer, Mr. Iván Y. Román Rosa, executed a *Purchase Option Agreement* for the sale of the Residential Property at a price of $470,000 (**Exhibit A**).

6.  Section 363(f) permits the sale of an asset free and clear of any lien and interest if the secured creditor entity consents. See 11 U.S.C. § 363(f)(2). Here, the only secured creditor with a security interest over the Residential Property (namely, Condado) has preliminarily consented to the sale through the approved *Stipulation*. Accordingly, the requirements of 11 U.S.C. § 363(f)(2) are satisfied.

WHEREFORE, the Parties hereby move the Court to grant the proposed sale of the Residential Property free and clear of all liens, claims, interests, charges and encumbrances pursuant to Section 363(f) of the Bankruptcy Code, along with any further equitable relief.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 19th day of January 2026.

Shortened Objection Notice Pursuant to the Approved Stipulation (ECF Nos. 164 and 169)
Within seven (7) days after service as evidenced by the certification, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

Certificate of Service
We hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the Next Gen CM/ECF system which will send notification of such filing to all Next Gen CM/ECF participants in this case, including the U.S. Trustee for Region 21, and all parties that requested notice.

**THE BATISTA LAW GROUP, PSC.**
Attorneys for Mr. Barreto
P.O. Box 191059

**Ferraiuoli** LLC
Attorneys for Condado
American International Plaza
250 Muñoz Rivera Avenue

<div style="display: flex; justify-content: space-between;">

San Juan, PR. 00919
Telephone: (787) 620-2856
Facsimile: (787) 777-1589
*/s/ Jesus E. Batista Sánchez*
Jesus E. Batista Sánchez
USDC-PR # 227014
jeb@batistasanchez.com

6th Floor
San Juan, PR 00918
PO Box 195168
San Juan, PR 00919-5168
Telephone: 787.766.7000
Facsimile: 787.766.7001

*/s/Gustavo A. Chico-Barris*
GUSTAVO A. CHICO-BARRIS
USDC-PR No. 224205
gchico@ferraiuoli.com

*/s/Tomás F. Blanco-Pérez*
TOMAS F. BLANCO-PEREZ
USDC-PR No. 304910
tblanco@ferraiuoli.com

</div>