IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JUAN MANUEL BARRETO GINORIO<br><br>xx-xx-4619<br><br>Debtor | CASE NO. 23-03681-ESL11<br>Chapter 11<br><br><br><br>FILED & ENTERED ON JAN/30/2026 |

ORDER

On December 18, 2025, secured creditor Condado 5 LLC ("Condado") and the Debtor (collectively, the "Parties") filed a Stipulation for the Treatment of Condado's Claim Under the Plans of Reorganization (the "Stipulation", ECF No. 164), which was approved by the Court on December 19, 2025 (ECF No. 169).

Pursuant to the terms of the Stipulation, the Parties agreed, inter alia, that Condado and the Debtor shall have the immediate right to market the residential property located at Lot 18, Int. PR 653, KM 2.9, Paseo Esmeralda Development, Hato Abajo Ward, Arecibo, Puerto Rico 00612 (the "Residential Property") free and clear of all liens, interests, and encumbrances pursuant to 11 U.S.C. § 363. The Stipulation also provides that once there is a potential buyer for the Residential Property and Condado approves its sale and any carveouts arising therefrom for a net amount no less than $175,000.00, the Parties shall file a joint motion to sell pursuant to 11 U.S.C. § 363 with a shortened 7-day objection notice (ECF No. 164, pp. 7-8, ¶ 29(d)).

The Residential Property is described in the Spanish language in the corresponding Section of the PR Property Registry as follows:

> RÚSTICA: Solar radicado en el Barrio HATO ABAJO del término municipal de Arecibo, con una cabida de mil cuatrocientos veintisiete punto setecientos dos (1,427.702) metros cuadrados, equivalentes a 0.3632 cuerdas. En lindes por el NORTE, con solar #19 agregado al solar 20 propiedad de Alejandro Rivera de León; por el SUR, con solar #17 propiedad de Dr. William Pérez Cruz; por el

ESTE, con calle de uso público hoy calle municipal que conduce a la carretera estatal PR-653; y por el OESTE, con Esteban Mena.

Finca #47349 Inscrita al folio 70 del tomo 1240 de Arecibo, Registro de la Propiedad de Arecibo I.

The Residential Property bears CRIM Cadaster Number 029-029-903-19.

On December 23, 2025, the Debtor and a prospective buyer, Mr. Iván Y. Román Rosa (the "Buyer"), executed a Purchase Option Agreement for the sale of the Residential Property at a price of $470,000. Accordingly, on January 19, 2026, the Parties filed a Joint Motion for Order of Sale of Property, pursuant to Sections 363 and 1146 of the Bankruptcy Code, free and clear of all Liens, claims, interest and encumbrances (the "Motion for Sale", ECF No. #175).

After due consideration, the Motion for Sale (ECF No. #175) is hereby GRANTED. It appearing that the sale is in the best interests of the estate and that Condado, as the secured creditor with an interest in the Residential Property, has consented to the sale free and clear pursuant to 11 U.S.C. § 363(f)(2), and it further appearing that a request for cancellation of pre-transfer date liens in the records of the Municipal Revenue Collection Center (CRIM), the Puerto Rico Treasury Department (Treasury), the Internal Revenue Service (IRS), and the Property Registry, to require the Property Registry to effect the operations necessary for the recordation and inscription of the transfer of title of the Residential Property from the Debtor to the Buyer, and to direct CRIM and Treasury to perform the operations necessary to record in the name of the Buyer or its designee the Residential Property with the real property tax identification number listed above, as well as to exempt the Debtor and the Buyer and/or any assignee(s) or designee(s) thereof from the payment of any and all stamp taxes, internal revenue and legal aid stamps, recording and filing vouchers or similar taxes for the cancellation of liens and the transfer of title, including but not limited to the original and certified copy of the deed(s) of transfer of title of the Residential Property from the Debtor to the

Buyer, and/or any assignee(s) or designee(s) thereof, pursuant to 11 U.S.C. § 1146(a), is necessary and proper, it is hereby

ORDERED, that the sale of the Residential Property by the Debtor to the Buyer for the sum of $470,000.00, free and clear of all liens, claims, interests, and encumbrances pursuant to 11 U.S.C. § 363(b) and (f), is hereby authorized and approved, with all such liens, claims, interests, and encumbrances to attach to the proceeds of the sale with the same validity, priority, and extent as they had against the Residential Property; it is further

ORDERED, that the net proceeds of the sale, after payment of closing costs, shall be paid to Condado and applied to reduce the Secured Claim in accordance with the terms of the Stipulation (ECF No. 164, p. 8, ¶ 29(d)); it is further

ORDERED, that the Executive Director of CRIM shall perform all operations necessary in the systems and records of CRIM to (i) cancel, eliminate, and/or extinguish any and all real property taxes that appear as liens, claims, interests, or encumbrances over the Residential Property, as identified and described herein with the property tax identification number set forth above, or with any other property tax identification number(s) that may be now or hereinafter registered in the systems of CRIM as related (in any way) to the Residential Property; and (ii) transfer and record the title of the Residential Property in favor of the Buyer; it is further ORDERED, that the Secretary of Treasury shall perform all operations necessary in the systems and records of Treasury to (i) cancel, eliminate, and/or extinguish any and all property taxes and/or attachments that may appear as liens, claims, interests, or encumbrances over the Residential Property, as fully identified and described herein with the property tax identification number set forth above; and (ii) transfer and record the title of the Residential Property in favor of the Buyer; it is further

ORDERED, that the Commissioner of the IRS shall perform all operations necessary in the systems and records of the IRS to cancel, eliminate, and/or extinguish any and all federal tax liens that appear as liens, claims, interests, or encumbrances over the Residential Property, as fully identified and described herein; it is further

ORDERED, that the corresponding Honorable Registrar of the Property in charge of the section where the Residential Property is recorded shall perform all operations necessary in the books and records of the Registry of the Property to: (i) cancel, eliminate, and/or extinguish any and all liens, attachments, claims, interests, and/or encumbrances over the Residential Property; (ii) record the transfer of title of the Residential Property from the Debtor in favor of the Buyer; and (iii) exempt the Debtor and the Buyer, and/or any assignee(s) or designee(s) thereof, from the payment of any and all stamp taxes, internal revenue and legal aid stamps, recording and filing vouchers or similar taxes for the transactions set forth herein, including but not limited to the transfer of title and cancellation of liens of the Residential Property, pursuant to 11 U.S.C. § 1146(a), as fully identified and described herein; it is further

ORDERED, that if the Debtor fails or refuses to execute any deed or instrument necessary to effectuate the transfer of the Residential Property in accordance with this Order and the Stipulation, the United States Marshal for the District of Puerto Rico is hereby authorized and directed to execute and deliver, in the name and stead of the Debtor, any and all deeds, documents, and/or instruments necessary or appropriate to effectuate the transfer of title to the Residential Property from the Debtor to the Buyer, pursuant to 11 U.S.C. § 105(a), and such execution by the United States Marshal shall be deemed as effective and binding as if made by the Debtor; it is further

ORDERED, that a Writ shall be issued by the Clerk of this Court, whereby the Executive Director of CRIM, the Secretary of Treasury, the Commissioner of

the IRS, and the corresponding Honorable Registrar of the Property in charge of the section where the Residential Property is recorded are directed to: (i) cancel, eliminate, and/or extinguish any and all liens, claims, interests, or encumbrances over the Residential Property that exist as of the date of issuance of this Order without the need to file any additional documents or execute a public instrument; (ii) effectuate the operations necessary to record the transfer of title of the Residential Property from the Debtor in favor of the Buyer in the books and records of the Property Registry and in the systems of CRIM and Treasury, respectively; (iii) exempt the Debtor and the Buyer and/or any assignee(s) or designee(s) thereof from the payment of any and all stamp taxes, internal revenue and legal aid stamps, recording and filing vouchers or similar taxes for the transactions set forth herein, including but not limited to the cancellation of liens and transfer of title, including but not limited to the original and certified copy of the deed(s) of transfer of title of the Residential Property, pursuant to 11 U.S.C. § 1146(a), as fully identified and described herein; and (iv) exempt the authorizing notary from payment of any and all stamp taxes, internal revenue and legal aid stamps, or similar taxes for the transactions set forth herein in the original deeds of transfer and cancellation of mortgages, pursuant to 11 U.S.C.§ 1146(a); it is further

ORDERED, that any person or entity occupying the Residential Property upon the transfer of the same to the Buyer is hereby ordered, directed, and commanded to immediately vacate the Residential Property and deliver to the Buyer the possession, keys, and any other access to the Residential Property; it is further

ORDERED, that all terms and provisions of this Order are binding upon and govern the acts of the officers required to effectuate the transactions listed above, including but not limited to the Executive Director of CRIM, the Secretary of Treasury, the Commissioner of the IRS, and the corresponding Honorable Registrar of the Property in charge of the section where the

Residential Property is recorded, and each such officer is hereby directed to accept the filing of any and all documents and instruments which may be required to carry out the transactions set forth herein and proceed accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 30 day of January, 2026.

*Enrique S. Lamoutte*
United States Bankruptcy Judge