IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** <br><br> JUAN MANUEL BARRETO GINORIO <br><br> **DEBTOR(S)** | **CASE NO.** 23-03681 (ESL) <br><br> **CHAPTER 11** |

**URGENT MOTION FOR EXTENSION OF TIME
TO FILE AMENDED PLAN OF REORGANIZATION**

**TO THE HONORABLE COURT**:

**COMES NOW**, JUAN MANUEL BARRETO GINORIO ("Debtor"), represented by the undersigned counsel and in support of the instant motion respectfully **STATE** and **PRAY** as **FOLLOWS**:

**1.** On January 21, 2026, the Debtor filed a Motion for Extension of Time to File Amended Plan of Reorganization. *See*, Docket No. 177.

**2.** In said Motion, the Debtor explained that the posture of the case had materially changed due to, inter alia, the Court-approved Stipulation regarding the treatment of Condado's secured claim and the pending Joint Motion for Sale of the Residential Property. *Id.*

**3.** On January 22, 2026, this Honorable Court entered an Order granting the requested extension and allowing the Debtor until February 20, 2026 to file an Amended Chapter 11 Subchapter V Plan of Reorganization. *See*, Docket No. 179.

**4.** Since the entry of that Order, the Debtor has diligently and in good faith focused his efforts on finalizing the proposed sale of the Residential Property, which constitutes the cornerstone of the contemplated Amended Plan.

1

5. As previously represented to the Court, the outcome of said sale will have a substantial impact on the amount of funds available for distribution; the reduction and/or satisfaction of pending secured claims; and the treatment structure of creditors whose claims may remain outstanding in whole or in part.

6. In furtherance of closing said transaction, the Debtor has engaged in ongoing communications with secured creditors, including Condado, in order to obtain updated payoff balances and confirm lien amounts.

7. Additionally, the Debtor has been in continuous coordination with the prospective purchaser and related parties in order to schedule and finalize the closing of the transaction. While the sale is presently in advanced stages, the closing has not yet been finalized.

8. Given the material impact that the consummation of the sale will have on the feasibility, structure, and accuracy of the Amended Plan of Reorganization, the Debtor respectfully submits that filing the Amended Plan prior to the finalization of the closing would risk presenting the Court with a plan based on assumptions that may require immediate further amendment.

9. Accordingly, in the interest of judicial economy and with the goal to ensure that the Amended Plan reflects the final disposition of the Residential Property and/or the resulting claim adjustments, the Debtor respectfully requests an additional extension of time of thirty (30) days to file the Amended Plan.

10. The requested extension is sought in good faith, will not prejudice any party in interest, and is necessary to allow the Debtor to finalize the sale transaction and incorporate it into a coherent and feasible Plan.

**11.** The Debtor has exercised due diligence at all times and has not delayed the process; rather, the requested extension is directly tied to the good faith effort to consummate a transaction that will materially benefit the estate and its creditors.

**12.** As provided for in Local Bankruptcy Rule 9013-1(a), undersigned counsel hereby certifies that: (a) he has carefully examined the matters set forth herein and has concluded that there is a true need for their disposition on an expedited basis, inasmuch as the ongoing negotiations and imminent closing of the Debtor's principal asset directly affect the formulation and filing of the Amended Plan of Reorganization; (b) the urgency has not been created through any lack of due diligence on the part of the Debtor or undersigned counsel; and (c) a bona fide effort has been made to resolve and advance these matters, as evidenced by the continuous communications and negotiations with the secured creditors and the prospective purchaser.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court grant an additional thirty (30) days to file the Amended Chapter 11 Subchapter V Plan of Reorganization, consider this Motion on an expedited basis, and grant such other and further relief as may be just and proper.

**IT IS HEREBY CERTIFIED** that on this same date, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which, upon information and belief, will send a notification of such filing to the United States Trustee and all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 20th day of February 2026.

**THE BATISTA LAW GROUP, PSC.**
Counsel for Debtor
Capital Center I
239 Ave Arterial de Hostos Ste 206

3

San Juan PR 00918-1475
**Telephone:** (787) 620-2856
**Facsimile:** (787) 777-1589

*/s/ Jesus E. Batista Sánchez*
Jesus E. Batista Sánchez, Esq.
USDC-PR No. 227014
E-mail: jeb@batistasanchez.com

*/s/ Josef J. Pagán Maisonet*
Josef J. Pagán Maisonet, Esq.
USDC-PR No. 309710
E-mail: jjp@batistasanchez.com

4