**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

IN RE:

JUAN MANUEL BARRETO GINORIO

**DEBTOR(S)**

CASE NO. 23-03681

CHAPTER 11

## MOTION TO WITHDRAW LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

**COME NOW**, the undersigned attorneys, and very respectfully STATE and REQUEST as follows:

1. The Debtor, Juan Manuel Barreto Ginorio, and the undersigned counsel have encountered differences regarding the handling of certain procedural matters in this case.

2. Accordingly, pursuant to LBR 9010-1(d)(3)(C), the undersigned, on behalf of The Batista Law Group, P.S.C. ("BLG") and its attorneys, respectfully seek leave of this Honorable Court to withdraw as attorneys of record for the Debtor.

3. The following matters remain pending before this Honorable Court:

   a. The filing of the Debtor's Amended Plan of Reorganization pursuant to Docket No. 195.

   b. Upon the filing of the Debtor's Amended Plan of Reorganization, the Court shall schedule and conduct a confirmation hearing regarding the Debtor's proposed Subchapter V Plan.

4. As of today, the Debtor is fully aware of the status of these proceedings and the nature of the pending issues.

**5.** The undersigned have informed the Debtor of their intent to withdraw from representation and to file this Motion, and he is aware of his responsibility to obtain substitute counsel, should he so desire.

**6.** If this motion is granted, the Debtor respectfully requests that all future notices, pleadings, and communications be addressed to him at the following:

**Email:** jmbarretoginorio@gmail.com
**Address:** HC 05 BOX 91635, Arecibo, P.R. 00612

**7.** The Debtor respectfully requests a period of thirty (30) days from the entry of an order granting this motion to obtain substitute counsel. Additionally, the Debtor requests that all deadlines be held in abeyance during that time, to the extent necessary to preserve his rights.

**WHEREFORE,** the undersigned counsel respectfully request that this Honorable Court enter an Order granting the Motion for Withdrawal as Counsel of Record for the Debtor.

## NOTICE TO PARTIES IN INTEREST

Within fourteen (14) days after services as evidenced by the certification, and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f) if you were served by mail, any party against whom this Application has been served, or any party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this Application with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the Application will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise

**CERTIFICATE OF SERVICE:** It is hereby certified that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee, and all CM/ECF participants. In addition, via First Class U.S. Mail, a copy of this Motion was sent to: JUAN MANUEL

BARRETO GINORIO, HC 05 BOX 91635, Arecibo, P.R. 00612. Furthermore, a copy of the filed

motion was also sent to Debtor to his email address: jmbarretoginorio@gmail.com.

**RESPECTFULLY SUBMITTED**,

San Juan Puerto Rico, this 30th day of March 2026.

**THE BATISTA LAW GROUP, PSC.**
P.O. BOX 191059
San Juan, Puerto Rico, 00919
**Telephone:** (787) 620-2856
**Facsimile:** (787) 777-1589

*/s/ Jesús E. Batista Sánchez, Esq.*
**JESUS E. BATISTA SÁNCHEZ**
USDC. NO. 227014
**E-mail:** jeb@batistasanchez.com