IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-03681-ESL11 |
| JUAN MANUEL BARRETO GINORIO | Chapter 11 |
| | |
| xx-xx-4619 | |
| | |
| Debtor | FILED & ENTERED ON MAR/31/2026 |

ORDER

The motion filed by Batista Law Group, PSC requesting entry of order for authorization to resign from Debtor's legal representation (docket #197) is hereby granted.  The Debtor is allowed thirty (30) days obtain new counsel.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31 day of March, 2026.

Enrique S. Lamoutte
United States Bankruptcy Judge