IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JUAN MANUEL BARRETO GINORIO

Debtor

CASE NO.: 23-03681 (ESL)

CHAPTER 11

NOTICE OF APPEARANCE AND REQUEST FOR EXTENSION OF TIME

TO THE HONORABLE COURT:

COME NOW, Carmen D. Conde Torres, the undersigned attorney, very respectfully STATES and PRAYS:

1. On November 8, 2023, the Debtor submitted his petitions for relief under the provisions of Chapter 11 of the Bankruptcy Code. (Docket No. 1).

2. On November 15, 2023, Debtor filed his Application to Employ its attorney: Jesus Batista Sanchez, Esq. (Docket No. 16). The Application was approved at Docket No. 31.

3. On March 30, 2026, attorney Jesus Batista Sanchez filed a Motion to Withdraw Legal Representation. (Docket No. 197).

4. On March 31, 2026, the Court granted the Motion to Withdraw Legal Representation and granted the Debtor thirty (30) days to obtain new counsel.

5. Upon information and belief Debtor owes previous counsel some fees which had not been fully paid. The undersigned will procure a method for payment of fees or negotiate a discounted pay off to prior counsel.

6. In light of the above and from a preliminary review of the file we can conclude that this case is in its final stage. Therefore, the undersigned has decided to take this case in a *Pro Bono* fashion and will not be collecting any fees for services provided, only expenses will be charged.

1

7. Therefore, pursuant to Fed. R. Bankr. P.9010(b), **Carmen D. Conde Torres, Esq.** from the law firm of **C. Conde & Assoc.,** files the Notice of Appearance, and appears as counsel on behalf of the Debtor.

8. Pursuant to Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in these cases, be given to and served upon the undersigned at the offices and telephone numbers set forth below:

> Carmen D. Conde Torres, Esq.
> C. CONDE & ASSOC.
> Triple S Plaza
> 1510 Ave FD Roosevelt Suite 1302
> Guaynabo, PR 00968
> Tel. 787-729-2900/ Fax. 787-729-2203
> Email: condecarmen@condelaw.com

9. In light of the fact that this case been pending for several years, the undersigned is requesting an extension of time of thirty (30) days to familiarize with the case and comply with pending matters.

10. Within that time the undersigned will be filing an application for employment in compliance with Section 327 of the Bankruptcy Code.

**WHEREFORE,** the Debtor herein request this Honorable Court take notice of the above stated, take note that the undersigned has filed a notice of appearance on behalf of the Debtor, take note that the employment shall be pro bono and grant the Debtor an additional thirty (30) days to comply with pending matters.

   **RESPECTFULLY SUBMITTED.**

2

In Guaynabo, Puerto Rico, this 29th day of April, 2026.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF System, which will send notification of such filing to the parties appearing in said system, including the US Trustee.

**C. CONDE & ASSOC.**
Triple S Plaza
1510 Ave FD Roosevelt Suite 1302
Guaynabo, PR 00968
Tel. 787-729-2900/  Fax. 787-729-2203
Email: condecarmen@condelaw.com

*S/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No.: 207312

*S/William J. Alemañy*
William J. Alemañy, Esq.
USDC No.: 305201