IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>JUAN MANUEL BARRETO GINORIO<br><br>   Debtor | CASE NO: 23-03681 ESL<br><br><br>CHAPTER 11 |

## APPLICATION FOR EMPLOYMENT OF ATTORNEY

TO THE HONORABLE COURT:

COMES NOW, JUAN MANUEL BARRETO GINORIO, debtor in possession, who applies to the Court for the approval of Carmen D. Conde Torres from the Law Firm of C. Conde & Assoc., as debtor's attorney and attorney Carmen D. Conde Torres herself, who respectfully state as follows:

1.     This bankruptcy petition was filed on November 8, 2023, by attorney Jesus Enrique Batista Sanchez, under the provisions of Chapter 11 USC 1181, et seq. of the Bankruptcy Code.

2.     The reasons for filing the bankruptcy petition was related to a foreclosure proceeding and/or controversy with creditor Condado 5 LLC.

3.     As of this date of this date, a Plan of Reorganization was filed on January 16, 2024 at Dkt. 64.  The record also shows arid litigation with Condado 5 LLC, an 1111(b) election for the treatment of its claim ( Dkt. 134).

4.     The record shows that on December 18, 2025, a settlement with Condado 5 LLC was filed. Dkt. 164.  Thereafter on December 19, 2025 the Debtor was ordered to file an Amended Chapter 11 Plan incorporating the terms of the settlement stipulation, within 30 days of the approval of the

1

settlement. See Dkt. 168. The Stipulation was approved on same date. Dkt. 169. An extension of time was requested and approved to file the Amended Plan of Reorganization. Dkt.177,187, 188. The Amended Plan was due on March 30th, 2026.

5. On same date, that is, March 30th, 2026 attorney Jesus Enrique Batista Sanchez withdraw his legal representation. The withdrawal was granted and the Debtor was granted until April 30th, 2026 to obtain legal representation. See Dkts. 197 and 198.

6. On April 29, 2026 the undersigned agreed to continue with Debtor's legal representation to Amend the Plan of Reorganization filed and continue until the confirmation of the Amended Plan. See Dkt. 200. This request was approved and an extension of time was granted until May 29, 2026.

7. The undersigned attorney has considerable experience in bankruptcy proceedings and Debtor believes that she is well qualified to represent him in this case. Among the work to be done in this case, the main task is to amend the existing Plan of Reorganization and reach the confirmation of the same.

8. Other than monthly expenses incurred or to be incurred in the case, our Firm will not charge the Debtor any fees for amending the Plan and reaching the confirmation of the same. No retainer fee has been requested. Therefore, monthly invoices will be sent for expenses incurred , but Debtor will not have to pay any fees, only the expenses. This agreement will be pro-bono, considering that the Debtor has no means to pay the undersigned and has agreed and understand that his COMPLETE ASSISTANCE AND COOPERATION AT ALL TIMES IS REQUIRED.

9. To the best of debtor's knowledge, Carmen D. Conde Torres, from the Law Offices of C. CONDE & ASSOC., nor any of her employees have any connection with the debtor, the creditors, any party in interest, its attorneys, its accountants, the U.S. Trustee, and the personnel of the U.S.

2

Trustee, except that Carmen D. Conde Torres, from the Law Offices of C. Conde & Assoc. also represents Debtor's brother on non-related matters before this date.

10.     To the best of the debtor's knowledge, Carmen D. Conde Torres, nor any of her employees at C. Conde & Assoc., represent or hold any interest adverse to the debtor or the estate in the matters upon which she is to be engaged, pursuant to 11 U.S.C. 327 (a).

11.     To the best of the debtor's knowledge, Carmen D. Conde Torres from the Law Offices of C. CONDE & ASSOC., is a disinterested person within the meaning of 11 U.S.C. 101 (14).

12.     To the best of debtor's knowledge, Carmen D. Conde Torres from the Law Offices of C. CONDE & ASSOC., is aware that she may not share or agree to share the reimbursement received from the expenses incurred in this case, pursuant to 11 USC§ 504. That a verified statement is attached to this application in compliance with Section 327(a) of the Bankruptcy Code, and Federal Rule of Bankruptcy Procedures 2014. In addition, and in compliance with LBR 2014-1, applicant enclosed her personal curriculum vitae.

13.     Pursuant to the provisions of 11 U.S.C. § 327(a), no notice of this application needs to be given and no hearing need to be held unless the Court should otherwise direct.

14.     A copy of this application has been served upon the U.S. Trustee, pursuant to Federal Rule of Bankruptcy Procedures 2014.

**WHEREFORE,** the debtor prays this Honorable Court to enter an order approving the engagement of Carmen D. Conde Torres, from the Law Offices of C. CONDE & ASSOC., pursuant to Section 327(a) of the Bankruptcy Code, for the purpose hereinafter described with compensation to be allowed upon prior application and after notice and hearing, if necessary.

<u>**NOTICE**</u>

3

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, P.R. this 7th day of May, 2026.

JUAN MANUEL BARRETO GINORIO

**C. CONDE & ASSOC.**
*/S/ Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No. 207312
1510 Ave. FD Roosevelt STE 1302
Guaynabo, Puerto Rico 00968
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: *condecarmen@condelaw.com*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY:** That on same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record including the US Trustee.

**C. CONDE & ASSOC.**
*/S/ Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No. 207312
1510 Ave. FD Roosevelt STE 1302
Guaynabo, Puerto Rico 00968
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: *condecarmen@condelaw.com*

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:**<br><br>**JUAN MANUEL BARRETO GINORIO**<br><br>**Debtor** | **CASE NO: 23-03681 ESL**<br><br>**CHAPTER 11** |

## VERIFIED STATEMENT OF ATTORNEY

I, *Carmen D. Conde Torres*, from the Law Offices of C. Conde & Associates do hereby certify under penalty of perjury that to best of my knowledge, information and belief the following is true and correct:

1. I am in good standing fully admitted to practice as such in the Commonwealth of Puerto Rico by the Supreme Court of Puerto Rico and the United States District Court for the District of Puerto Rico.

2. Debtor needs the services of an attorney to properly complete the process of his bankruptcy case.

3. To that effect, Debtor herein, has selected me, Carmen D. Conde Torres, from the Law Offices of C. Conde & Assoc., as its legal counsel because I have considerable experience in bankruptcy proceedings and Debtor believes that I am well qualified to represent it in this case.

4. Debtor intends that I will represent it in this case and in all matters relating thereto. The professional services to be rendered will include the Amendment to the Plan of Reorganization already filed and reach the confirmation of the Amended Plan and any other

1

collateral service .

5.    To the best of my knowledge, I, nor any of my employees have any connection with the debtor, the creditors, any party in interest, its attorneys, its accountants, the U.S. Trustee, and the personnel of the U.S. Trustee, except that Carmen D. Conde Torres, from the Law Offices of C. Conde & Assoc. also provided services to Debtor's brothers some time ago. These services were not related to the Debtor.

6.    To the best of my knowledge, I, nor any of my employees, represent or hold any interest adverse to the debtor or the estate in the matters upon which I will be engaged, pursuant to 11 U.S.C. 327 (a).

7.    To the best of my knowledge, I am a disinterested person within the meaning of 11 U.S.C. 101 (14).

8.    I have not agreed to share with any person, except with C. CONDE & ASSOC., the compensation to be paid for the services rendered in this case.

9.    Compensation for professional services to be rendered in this case is agreed as follows: This is a probono case, no fees will be charge. On monthly basis the debtor will be invoiced for expenses incurred.

10.   No retainer has been required.

11.   Pursuant to the provisions of 11 U.S.C. 327(a), no notice of this application needs to be given and no hearing need to be held unless the Court should otherwise direct.

12.   I will amend this statement immediately upon my learning that: a) any of the representations made herein are incorrect, or b) there is any change of circumstances relating thereto.

13.   I have reviewed the provisions of LBR 2016-1.

2

14. A copy of my application has been served upon the U.S. Trustee, pursuant to Federal Rule of Bankruptcy Procedures 2014-1.

15. That this verified statement is provided in compliance with Section 327(a) of the Bankruptcy Code, and Federal Rule of Bankruptcy Procedures 2014-1, for the purpose described in Debtor's application for employment of attorney, with compensation to be allowed upon prior application notice and hearing there on, if necessary.

**I HEREBY CERTIFY** under penalty of perjury that the foregoing is true and correct, as provided in 28 U.S.C. § 1746.

**RESPECTFULLY SUBMITTED.**

In San Juan, P.R. this 7th of May, 2026.

**C. CONDE & ASSOC.**
*S/ Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
(USDC No. 207312)
1510 Ave. FD Roosevelt STE 1302
Guaynabo, Puerto Rico 00968
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-mail: *condecarmen@condelaw.com*

3

# Carmen D. Conde Torres

### C. CONDE & ASSOC.

*BANKRUPTCY, FINANCIAL REORGANIZATION AND RESTRUCTURING PRACTICE*
*Fellow of the American Bankruptcy Institute*

*Triple SSS Plaza*
*PH Suite 1302*
*Guaynabo, Puerto Rico 00968*
*Telephone (787) 729-2900*
*Telecopier (787) 729-2203*
*E-mail: condecarmen@condelaw.com*

## *Selected Achievements:*

- Founder and Principal of *C. Conde & Associates*: One of Puerto Rico's leading law firms focusing on Bankruptcy, Financial Reorganization and Restructuring Practice including Chapter 11 Corporate Reorganizations and Federal Litigation.
- Fellow of the American College of Bankruptcy – 37th Induction
- Developed and presented winning arguments in numerous reported cases including several cases before the First Circuit Court of Appeals, some cited by the Unites States Supreme Court in their bankruptcy opinions.
- Reorganized numerous corporate entities including multimillionaire asset/debt relation.
- Developed and presented numerous seminars on Bankruptcy Law for the Judicial Conference, American Bankruptcy Institute, Puerto Rico Bankruptcy Bar, Puerto Rico Chamber of Commerce, Continued Legal Education Organizations and the *Instituto Iberoamericano de Derecho Concursal*.
- Over twenty years of litigation experience in State and Federal Courts.
- Selected by the First Circuit Court of Appeals to the Panel for Selection of Bankruptcy Judges.
- Participate in the evaluation and analysis of Local Bankruptcy Rules and Procedures.
- Notary Public in good standing since 1985.
- Ms. Carmen D. Conde has been selected by Chambers and Partners (ranking the best since 1990) as one of the best rank lawyers in bankruptcy in Latin America.

## *Education:*

University of Puerto Rico: Bachelor in Science
Inter-American University: Juris Doctor. *Cum Laude.*

## *Professional Experience:*

C. Conde & Assoc. : 1996 – Present. *Principal and Founder*: Primary emphasis on bankruptcy law, corporate reorganizations and turnarounds. Successfully reorganized corporations worth

millions in assets and liabilities. Represented clients in variety of jurisdictions, including New York, San Francisco and Delaware. C. Conde & Assoc., has been featured in Caribbean Business Journal and in numerous articles in the local press.

U.S. Department of Justice, Office of the U.S. Trustee: 1992-1996. Assistant Attorney to the U.S. Trustee. Responsible for enforcing the provisions of the Bankruptcy Code on both Debtors and Creditors. Reviewed Bankruptcy cases to ensure compliance. Drafted memoranda regarding issues in Bankruptcy law. Active litigation mainly in the confirmation of Chapter 11 cases.

Puerto Rico Energy and Power Authority: 1985-1992. Attorney at the Real Estate Division and Assistant and legal advisor to the Executive Director

## **Admission to the following Bars and Courts:**

Puerto Rico Bar by Supreme Court of Puerto Rico
United States Court for the District of Puerto Rico
U.S. Court of Appeals for the First Circuit
Notary Public for the District of Puerto Rico Since 1985

## **Corporate Directorships:**

Fellow American College of Bankruptcy
Instituto Iberoamenricano de Derecho Concursal: Member of the Board of Directors since 2023.
American Bankruptcy Institute: Member and Organizer of the Caribbean Insolvency Seminars (1994-present)
Puerto Rico Government Development Bank and Subsidiaries: *Director.* Member of Board of Directors. (2000-2003)
Medical Card Systems: *Director.* Member of Board of Directors (2002-2015)
Amigos Ballet de San Juan: *Director.* Member of Board of Directors and President (1992)

## **Professional Associations:**

➢ Puerto Rico Bar Association
➢ Puerto Rico Federal Bar Association
➢ American Bar Association
➢ American Bankruptcy Institute
➢ Puerto Rico Bankruptcy Bar
➢ Instituto Iberoamericano de Derecho Concursal

## **Author:**

Short Lectures on Chapter 11 Practice, published by Revista Colegio de Abogados
Bankruptcy Commission
Bankruptcy Vol. 76 No. 1 2015

Cruzando Fronteras Código de Quiebra Federal 11 U.S.C. 1500, Et. Seq.
Instituto Iberoamericano de Derecho Concursal
Proyecto Investigación 2017

Preference Actions: Actions and Defenses under the US Bankruptcy Code (Como presentar y establecer una Acción Rescisoria bajo el Código de Quiebra de Estados Unidos de America y como defenderse de dicha acción). Published by Instituto Iberoamericano de Derecho Concursal 2024, Lima Peru.

## *Speaker at Seminars:*

| | Sponsored by: |
|---|---|
| PRACTICE AND PROCEDURES UNDER CHAPTER 11 | University of Puerto Rico INVITED TEACHER |
| Comprehending the Crisis; PUERTO RICO'S HISTORY AND ECONOMIC CONDITION FROM 1898-2016 | American Bankruptcy Institute Caribbean Insolvency Symposium |
| REORGANIZATION UNDER STATE LAW: PR Debt Enforcement & Recovery Act /Requirements and Procedural Guidelines | American Bankruptcy Institute Caribbean Insolvency Symposium |
| CONSTITUTIONAL ANALYSIS of the PR Public Corporation Debt Enforcement and Recovery Act | Comisión de Quiebra del Colegio de Abogados de PR; PR Bankruptcy Bar Assoc., Colegio de Abogados de PR and Instituto de Educación Práctica |
| ENMIENDAS AL ARTICULO 9 SOBRE TRANSACCIONES COMERCIALES EN PUERTO RICO | Comisión de Quiebra del Colegio de Abogados de PR; PR Bankruptcy Bar Assoc., Colegio de Abogados de PR and Instituto de Educación Práctica |
| PUERTO RICO IN CRISIS: In Public & Private Sector Restructurings & Bankruptcies | Federal Bar Puerto Rico Chapter in collaboration with Microjuris.com |
| SECURED TRANSACTIONS IN PUERTO RICO UNDER REVISED ARTICLE 9 OF THE UCC | American Bankruptcy Institute Caribbean Insolvency Symposium |
| ETHICS AND THE BANKRUPTCY PRACTICE | American Bankruptcy Institute Caribbean Insolvency Symposium |
| Emerging from Bankruptcy; Strategies for Successful Corporate Bankruptcy Litigations and Reorganizations | United States Bankruptcy Court Puerto Rico Chapter Federal Bar Association |
| Principios Generales de la Ley de | CONTINUED EDUCATION |

Quiebras y su Aplicación en los Procesos
Judiciales Estatales

PRACTICE AND PROCEDURES
UNDER CHAPTER 11

Comprehending the Crisis;
PUERTO RICO'S HISTORY AND
ECONOMIC CONDITION FROM 1898-
2016

REORGANIZATION UNDER STATE
LAW:
PR Debt Enforcement & Recovery Act
/Requirements and Procedural Guidelines

SUCCESSFUL WOMEN IN THE
EXECUTIVE WORLD

BANKRUPCY PRACTICE
Various Seminars :
    Beginners Bankruptcy Practice
    Intermedia Bankruptcy Practice
    Advance Bankruptcy Practice

PROGRAM

University of Puerto Rico
INVITED TEACHER

American Bankruptcy Institute
Caribbean Insolvency Symposium

American Bankruptcy Institute
Caribbean Insolvency Symposium

RSM LATIN AMERICA –
REGIONAL CONFERENCE

Invited Professor for Continued
Educational Compliance by
Educacion Juridica Inc.

## *Bankruptcy related areas:*

- ➢ Hospitals
- ➢ Airlines and Airports
- ➢ Constructions Companies
- ➢ Textiles
- ➢ Pharmaceuticals
- ➢ Poultry Industries
- ➢ Horse Racing Industry
- ➢ Telecommunication Companies
- ➢ Petroleum and Gasoline related Companies
- ➢ Public Relations Companies
- ➢ Real Estate
- ➢ Hardware Companies
- ➢ Banking Institutions
- ➢ Restaurants
- ➢ Farmers
- ➢ Asphalt Manufacturing
- ➢ Instruments and Equipment Sale
- ➢ Ambulance Service
- ➢ Retail Sale
- ➢ Water Bottling Distributor
- ➢ Security Services
- ➢ Developers

➢ Distributor
➢ Individuals Cases