UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE: 23-03681 (ESL)** |
| **JUAN MANUEL BARRETO GINORIO** | **CHAPTER 11** |
| **Debtor** | **SUBCHAPTER V** |

**SUPPLEMENT TO AMENDED PLAN**
**FOR THE TREATEMENT OF IRS AMENDED CLAIM NUMBER 8-4**

**TO THE HONORABLE COURT:**

**COMES NOW**, Juan Manuel Barreto Ginorio (the "Debtor") and the United States of America on behalf of its agency, the Internal Revenue Service ("IRS"), through their undersigned attorneys, submit this Supplement to the Amended Plan dated May 28, 2026, filed on June 1st, 2026, at Docket No. 208 (the "Amended Plan") and VERY respectfully they state and pray:

1. On June 1st, 2026, the Debtor filed its Amended Chapter 11 Small Business, Subchapter V, Plan of Reorganization. See Docket No. 208.
2. The Court scheduled a hearing to consider Debtor's Amended Plan for August 25th, 2026. See Docket No. 209.
3. On August 10th, the IRS, secured creditor herein, filed an objection to Debtor's Amended Plan of Reorganization. See Docket No. 214.
4. On August 17th, 2026, the Debtor replied to IRS' objection. See Docket No. 217.
5. On August 18th, the Debtor filed the summary of ballots received and its 11 U.S.C. 1129 Statement. See Docket Nos. 218 and 219.
6. Thereafter the IRS and the Debtor engaged in negotiations to reach an agreement and expedite the confirmation hearing with a consensual plan in the benefit of both parties.

7. The Parties herein inform the Court as follows:

   a. The IRS allowed secured claim as disclosed in amended proof of claim number 8-4 filed by the IRS is in the total amount of $35,116.48. The same is subject to a 7% interest rate and will be paid during the five-year term which has been calculated commencing on the Effective Date which is fourteen (14) days after the entry of the order of confirmation as defined in Section 10.2 of the Amended Plan, becomes a final order. Monthly payments towards the IRS secured debt shall be in the amount of $478.77 for the first 59 months and a lump sum payment shall be paid in month 60 in the amount$15,505.61for a total payout amount of $43,753.04, including interest.

   b. The IRS shall retain all existing liens securing its pre-petition tax liability. The IRS will also be allowed to execute and file any and all documents to maintain its lien without having to file a motion for relief from the automatic stay in this bankruptcy proceeding.

   c. If the Debtor fails to make any deposits of any current federal tax liability, fails to make any payment of any tax to IRS within ten (10) days of the due date of such deposits or payment, fails to file required federal tax return by the due date, or fails to make any payments due to the IRS under this Amended Plan, the IRS may declare that Debtor is in default, given that a written notice will be sent to Debtor to the address of record. If the IRS declares that the Debtor is in default, then Debtor must cure that default within thirty (30) days. If the total amount in default is not cured, then the entire imposed liability to be paid under the Amended Plan, together with any unpaid current liability, shall become due and payable immediately upon written demand by the IRS.

d. The IRS, notwithstanding any stay which may be in effect, may collect any unpaid tax liabilities owed under the Amended Plan and any post-confirmation tax liabilities that are owed through the administrative collection provision of the IRS, without having to reopen the instant chapter 11 case or file a motion for relief of the automatic stay to collect any default under the Amended Plan.

8. The parties pray this Honorable Court to shortened any objection to this agreement to seven (7) days from the Confirmation Hearing date under the provisions of Fed. R. Bank. P 9006(c)(2). This reduction in time to object will be in the benefit of all parties, specifically to advance Debtor's reorganization.

**WHEREFORE** the Debtor and IRS, pray this Honorable Court to take notice of this Supplement to the Amended Plan dated May 28, 2026, filed on June 1, 2026, at Docket No. 208, with any other relief it deems appropriate.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 24th day of August 2026.

**NOTICE OF TIME TO RESPOND**

Within seven (7) calendar days after service as certified, unless the Honorable Court approves a shorten of time, any party having any objection to the preceding Stipulation shall serve and file an objection or other appropriate response thereto with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the Stipulation will be deemed unopposed and may be deemed automatically granted, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interests of justice require otherwise.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties detailed therein to receive notice, including the IRS and the US Trustee.

**HÉCTOR E. RAMÍREZ-CARBÓ**

Acting United States Attorney

*s/Madeline M. Mas Saavedra*
Madeline M. Mas Saavedra
Assistant U.S. Attorney
USDC-PR 227411
Torre Chardón, Suite 1201
350 Carlos Chardón St.
San Juan, PR 00918
Tel. (787) 772-3904
Email: madeline.mas.saavedra@usdoj.gov

**C. CONDE & ASSOC.**
**Attorney for Debtor**
Triple S Plaza
1510 Ave FD Roosevelt Suite 1302
Guaynabo, PR 00968
Tel. 787-729-2900/ Fax. 787-729-2203
Email: condecarmen@condelaw.com

*S/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No.: 207312

*S/William J. Alemañy*
William J. Alemañy, Esq.
USDC No.: 305201